Prob 35 (Rev. 05/01)
VAE (Rev 07/19)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                          Crim. No. 1:21-CR-25-001

ABDULWAHAB HUMAYUN

On May 28, 2021, the above-named defendant was placed on probation for a period of 2 year(s). The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Stan Leigh   : Digitally signed by Stan Leigh
Date: 2022.11.23 10:51:35
-05'00'

Stanley Leigh
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _23rd_ day of _Nov._, 20 _22_.

T.S. Ellis, III
Senior United States District Judge

## TO CLERK'S OFFICE